UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

ROSITA VARGAS-CABAN, et al.
    Plaintiffs

        v.                **Civil No. 05-2104(SEC)**

SALLY BEAUTY SUPPLY CO., et al.
    Defendants

**O R D E R**

| MOTION | RULING |
|---|---|
| **Docket # 5**<br>**Motion Requesting Non-Resident Bond** | **GRANTED in part.** Defendants in the instant case have requested that the Court order Plaintiffs to post a $10,000 bond under Local Rule 65.2 (Docket # 5). Plaintiff has filed an opposition alleging, *inter alia*, lack of resources to post such a bond (Docket # 8). As such, and cognizant that the Court has ample discretion to impose or not a non-resident bond (i.e., "upon good cause shown, [the Court may] dispense of the requirement") we hereby **GRANT in part** Defendants' request and **ORDER** Plaintiffs to post a bond of **$250 by May 19, 2006**. See Murphy v. Ginorio, 989 F.2d 566 (1st Cir. 1993) (stating "'[w]hile it is neither unjust or unreasonable to expect a suitor 'to put his money where his mouth is,' toll-booths cannot be placed across the courthouse doors is a haphazard fashion'") (quoting Aggarwal v. Ponce Sch. of Medicine, 745 F.2d 723, 728 (1st Cir. 1984)). |
| **Docket # 25**<br>**Objection to Deadline in Case Management Order** | **NOTED and GRANTED**. Defendants have requested that the deadline imposed by the Court for the filing of dispositive motions be extended by thirty (30) days after the conclusion of discovery. Accordingly, the deadline for filing dispositive motions is now set for **November 8, 2006**. **All other deadlines set forth in the Court's Case Management Order remain unaltered**. See Docket # 16. |

DATE:  April 25, 2006.

                                            S/ *Salvador E. Casellas*
                                            SALVADOR E. CASELLAS
                                            U.S. Senior District Judge